## ProVest, LLC - New York
### 320 Carleton Avenue Suite 2600
### Central Islip, NY 11722
f#:USA-0028



SA34518252

# AFFIDAVIT OF SERVICE
Cost of Service Pursuant to R. 4:4-3(c)

PLAINTIFF UNITED STATES OF AMERICA; ET SEQ.
vs.
DEFENDANT TRACY BOYD; ET AL.
DEFENDANT TO BE SERVED: **TRACY BOYD**

Superior Court of **New Jersey**
Chancery Division: ESSEX
Docket/Index# 08-05944

**Attorney:**
GOLDBECK, MCCAFFERTY & MCKEEVER (NJ)
MELLON INDEPENDENCE CENTER
701 MARKET STREET SUITE 5000
PHILADELPHIA, PENNSYLVANIA 19106

TYPE OF PROCESS   (x) SUMMONS & COMPLAINT   ( ) LIS PENDENS
(x) FORECLOSURE MEDIATION PROGRAM DOCUMENTS:
Notice of Foreclosure Mediation Availability; Foreclosure Mediation Financial Worksheet; Combination HUD-Certified Housing Counselor Instruction Form and Foreclosure Mediation Recommendation Statement; and Individual Instructions (For Homeonwers seeking mediation who have not met with a Housing Counselor).
( ) OTHER:

I (x) served  ( ) non served  the within named defendant.
DATE/TIME: 10/19/2009 7:40:00 AM

ADDRESS WHERE SERVED (OR ATTEMPTED)

**9 WATSON AVENUE**
**WEST ORANGE , NJ 07052**

(x) Substitute Service - by leaving a copy thereof at the individual's dwelling place or usual place of abode with a competent member of the household of the age of 14 or over then residing therein.
**KATANAYA MOSS** (Relationship) **CO-HABITANT**

### Description of Person Accepting Service:
| Sex: | Height: | Weight: | Race: | Hair/Eyes: | Age: |
|---|---|---|---|---|---|
| FEMALE | 5'6 | 150 | BLACK | BLACK | 26-30 |

(x) Military Status:   ( ) Refused   (x) No           ( ) Yes      Branch:
(x) Marital Status:    ( ) Refused   (x) Not married  ( ) Married  ( ) Married, but separated
COMMENTS:

PAUL SHERMAN was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

NOTARY PUBLIC IN AND FOR THE STATE OF NEW JERSEY
Sworn to and Subscribed before me this 19 day of Oct, 2009
My Commission Expires:
Signature Notary

KATRINA L. DADDATO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 1, 2010