UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America<br><br>    Plaintiff<br><br><br>TRACY BOYD<br><br>    Defendant | CIVIL ACTION NO.<br>09-cv-05036<br><br>(Sheridan)<br><br><br>VOLUNTARY WITHDRAWAL |

VOLUNTARY WITHDRAWAL

To the Clerk:

    Kindly withdraw the Request for Default and Entry of Default filed by the United States of America, Plaintiff, on December 29, 2009.

        Respectfully submitted,

        GOLDBECK McCAFFERTY & McKEEVER

        s/ Michael T. McKeever

        By: _____
        Michael T. McKeever, Esquire
        Suite 5000 – Mellon Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 825-6305
        Original signature not required/electronic filing
        mailto:mmckeever@goldbecklaw.com